# EXHIBIT B

| US7916877B2 | Alto Professional Trouper Portable PA ("The Accused Product") |
|---|---|
| 17. A method of operation for a switching component forming a part of a modular audio unit comprising an inter-unit communication component providing inter-unit communications with at least one peer system, comprising: | The accused product practices a method of operation for a switching component (e.g., the component of the accused product which switches the input source from an Line input to Bluetooth, or vice versa, among other possible switching scenarios) forming a part of a modular audio unit (e.g., the accused product) comprising an inter-unit communication component (e.g., Bluetooth chip of the accused product for communication with other Bluetooth devices) providing inter-unit communications (e.g., Bluetooth communication) with at least one peer system (e.g., a smartphone).<br><br>**TROUPER**<br>COMPACT HIGH-PERFORMANCE PA SYSTEM<br>- Integrated 3-channel professional audio mixer with volume and 2-band EQ on each channel<br>- (2) XLR+1/4-inch combo inputs + stereo RCA and 1/8-inch inputs. Connect microphones, instruments, DJ mixers, controllers and more<br>- Bluetooth®-equipped-wirelessly stream backing tracks or background music from any Bluetooth-compatible device<br>- Bluetooth Link-Stream a stereo signal to separate speakers—no cables required<br>- Bi-amplified design with (3) 6.5-inch low/mid woofers and a 1-inch high-frequency tweeter<br>- XLR link output for use with additional loudspeakers and subwoofers<br>- Easily transportable: Lightweight (just 23 lbs.) with built-in rear handle<br>- Rubberized feet and 36mm pole socket for stand mounting<br><br>https://www.altoprofessional.com/products/trouper  Find a Dealer |

| | |
|---|---|
| | - Three channels of inputs: line/mic 1, line/mic 2, and Aux<br>- XLR, RCA, ¼" and 1/8" connectors<br>- 2-Band (LF/HF) built-in EQ for each channel<br>- Full Bluetooth® capability for streaming input signals wirelessly (plus wireless linking of another Trouper system for stereo applications)<br>- Trapezoidal enclosure dramatically reduces internal standing wave resonances, resulting in cleaner output in upper bass and vocal range<br><br>https://www.altoprofessional.com/products/trouper |
| receiving first signals corresponding to first entertainment content from a player device; | The accused product practices receiving first signals (e.g., Line input signals) corresponding to first entertainment content (e.g., content from external audio device via Line-in jack) from a player device (e.g., an external audio device). |

| | |
|---|---|
| | 8. **Input:** Use a standard 1/4" (6.35 mm) TRS, TS, or XLR cable (not included) to connect your sound source to **Channel 1** or **2**. Use a standard 1/8" (3.5 mm) TRS or RCA cable (not included) to connect a sound source to **Channel 3**. If you use a microphone that requires +48V of phantom power, you must connect it to an external phantom power supply. Trouper does not supply any phantom power.<br><br>https://www.altoprofessional.com/downloads/Trouper-UserGuide-v1.7.pdf |
| receiving second signals corresponding to second entertainment content from the inter-unit communication component; and | The accused product practices receiving second signals (e.g., audio signals via Bluetooth from a smartphone) corresponding to second entertainment content (e.g., audio content from the Bluetooth paired smartphone) from the inter-unit communication component (e.g., Bluetooth chip of the accused product for communication with other Bluetooth devices). |

| | |
|---|---|
| | **Pairing**<br><br>**To pair Trouper to your Bluetooth device:**<br><br>1. Do this on one loudspeaker system only: With the loudspeaker powered on, press and release its **Pair** button. Its LED will flash, and you will hear a tone sequence from the loudspeaker. (If you are using two Trouper loudspeaker systems, this one will be the "master." Also see the *Linking* section below.)<br><br>2. From your Bluetooth device's settings page, enable Bluetooth and select **Alto Pro Wireless** as the device. When paired successfully, you will hear a final "confirmation tone" from the loudspeaker and the **Pair LED** will light continuously. (This process may take up to 60 seconds.)<br><br>**Note:** If your device prompts you to enter a PIN code to pair it to the speaker, enter **0000** (four zeros). If your device prompts you to select the connection type, select **stereo speakers**, **advanced audio**, or a similar option.<br><br>3. Turn the loudspeaker's **Ch 3. Input Volume** knob to its lowest setting.<br><br>4. On your Bluetooth device, play music. We recommend setting the playback volume at its maximum setting.<br><br>5. Once your device is paired to the loudspeaker, the loudspeaker will remember the device even after power-cycling it. To reconnect it, go to your device's Bluetooth settings page and select **Connect** to re-establish the connection.<br><br>https://www.altoprofessional.com/downloads/Trouper-UserGuide-v1.7.pdf |
| selectively outputting the first signals and the second signals to a playback component wherein the player device and the playback component are separate from one another and wherein both the player device and the playback | The accused product practices selectively outputting the first signals (e.g., audio signals via Line Input from an external audio device) and the second signals (e.g., audio content from the Bluetooth paired smartphone) to a playback component (e.g., external speaker/amplifier/home audio system) wherein the player device (e.g., external audio device) and the playback component (e.g., external speaker/amplifier/home audio system) are separate from one another and wherein both the player device and the playback component are external to the modular audio unit (e.g., the accused product).<br><br>As shown below, playback component (e.g., external speaker/amplifier/home audio system), player device (e.g., external audio device), and modular audio unit (e.g., the accused product) are all individual separate components. |

| | |
|---|---|
| component are external to the modular audio unit. | <br>https://www.altoprofessional.com/downloads/Trouper-UserGuide-v1.7.pdf |



https://www.altoprofessional.com/downloads/Trouper-UserGuide-v1.7.pdf

12. **Link Output:** Use a standard XLR cable (not included) to connect this output to the input of another loudspeaker. The signal sent from this output is a summed mono signal of all three **Inputs**, post-**Input Volume**.

https://www.altoprofessional.com/downloads/Trouper-UserGuide-v1.7.pdf

As shown below, the modular unit receives signal from external audio device in the form of a first signal (e.g., Line input signal), and from Bluetooth paired smartphone in the form of the second signal (e.g., received Bluetooth signal).



**Example 1: One Trouper loudspeaker system with Bluetooth® audio device:**

Press and release the Trouper loudspeaker's **Pair** button. Its LED will flash, and you will hear a tone sequence from the loudspeaker. From your Bluetooth device's settings page, enable Bluetooth and select **Alto Pro Wireless** as the device. When paired successfully, you will hear a final "confirmation tone" from the loudspeaker and the Pair LED will light continuously. (The first time you do this, the process may take up to 60 seconds.)

**Note:** When using two Trouper loudspeaker systems, you will need to link them wirelessly. The stereo signal will be split between them. Please see *Bluetooth > Linking* to learn more.

https://www.altoprofessional.com/downloads/Trouper-UserGuide-v1.7.pdf

| | |
|---|---|
| | <br>https://www.altoprofessional.com/downloads/Trouper-UserGuide-v1.7.pdf |
| 19. The method of claim 17 wherein the playback component comprises a speaker. | The playback component (e.g., external speaker/amplifier/home audio system) utilized by the accused product comprises a speaker.<br><br>12. **Link Output:** Use a standard XLR cable (not included) to connect this output to the input of another loudspeaker. The signal sent from this output is a summed mono signal of all three **Inputs**, post-**Input Volume**.<br><br>https://www.altoprofessional.com/downloads/Trouper-UserGuide-v1.7.pdf |

| | |
|---|---|
| 20. The method of claim 17 wherein the second entertainment content is entertainment content received by the inter-unit communication component from a peer system from the one or more peer systems, and selectively outputting comprises outputting the second signals corresponding to the second entertainment content received from the peer system to the playback component. | The second entertainment content is entertainment content (e.g., audio content from the Bluetooth paired smartphone) received by the inter-unit communication component from a peer system (e.g., Bluetooth chip of the accused product for communication with other Bluetooth devices)) from the one or more peer systems (e.g., various Bluetooth based devices), and selectively outputting comprises outputting the second signals (e.g., received Bluetooth signals) corresponding to the second entertainment content (e.g., audio content from the Bluetooth paired smartphone) received from the peer system (e.g., the smartphone) to the playback component (e.g., external speaker/amplifier/home audio system).<br><br><br><br>https://www.altoprofessional.com/downloads/Trouper-UserGuide-v1.7.pdf |